**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**MICHAEL DEMARCO**

    **Plaintiff,**　　　　　　　　　　　　**CASE NO. 1:23-cv-00098-HSO-BWR**

**v.**　　　　　　　　　　　　　　　　　　　**DISTRICT JUDGE OZERDEN**
　　　　　　　　　　　　　　　　　　　　　**MAGISTRATE JUDGE RATH**

**BP EXPLORATION & PRODUCTION,**
**INC., BP AMERICA PRODUCTION**
**COMPANY, TRANSOCEAN HOLDINGS,**
**LLC, TRANSOCEAN DEEPWATER, INC.,**
**TRANSOCEAN OFFSHORE DEEPWATER**
**DRILLING, INC., AND HALLIBURTON**
**ENEGERY SERVICES, INC.**

    **Defendants.**

---

**RULE 41(a) STIPULATION OF DISMISSAL**
**WITH PREJUDICE**

---

Plaintiff, Michael Demarco, appearing through undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby dismisses with prejudice all claims that she asserted or could have asserted in this action. Each party agrees to bear its own costs, expenses, and attorneys' fees.

By signature of counsel below, Defendants BP Exploration & Production Inc., BP America Production Company, Transocean Holdings LLC, Transocean Deepwater, Inc., Transocean Offshore Deepwater Drilling, Inc., and Halliburton Energy Services, Inc. agree to this stipulated dismissal.

　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Alexander J. Blume, Esq. (PHV)*
　　　　　　　　　　　　　　　　　　　　**ALEXANDER J. BLUME, ESQ., (PHV)**

Florida Bar No. 1036944
C. DAVID DURKEE, ESQ., (PHV)
Florida Bar No.: 998435
**THE DOWNS LAW GROUP, P.A.**
3250 Mary Street, Suite 307
Coconut Grove, Florida 33133
Telephone: (305) 444-8226
E-mail: ablume@downslawgroup.com


*/s/ Terris C. Harris, Esq.*
**TERRIS C. HARRIS, ESQ.**
Mississippi. Bar 99433
**THE COCHRAN FIRM-JACKSON, LLC**
197 Charmant Place, Suite 2
Ridgeland, MS 39157
tharris@cochranfirmjackson.com
601.790.7600 (Telephone)
866.860.3857 (Facsimile)

*Attorneys for Plaintiff*

*/s/ Paul Thibodeaux, Esq.   (PHV)*
**PAUL CHAREST THIBODEAUX, ESQ. (PHV)**
Louisiana Bar No. 29446
FISHMAN HAYGOOD, LLP
201 St. Charles Ave., Suite 4600
New Orleans, LA 70170
Telephone: (504) 556-5548
Facsimile: (504) 586-5250
Email: Pthibodeaux@fishmanhaygood.com

*/s/ Alyson L. Mills, Esq.*
**ALYSON LEIGH MILLS, ESQ.**
Mississippi Bar No. 102861
MILLS & AMOND, LLP
650 Poydras Street
New Orleans, LA 70130
Telephone: (504) 586-5253
Facsimile: (504) 586-5250
E-mail: amills@millsamond.com

*Attorneys for Transocean Defendants*


*/s/ Chan E. McLeod, Esq.*

2

**CHAN E. MCLEOD, ESQ.**
Mississippi Bar No. 101182
**RICHARD M CRUMP, ESQ.**
Mississippi Bar No. 101066
**CECELIA VIRDEN, ESQ.**
Mississippi Bar No. 105199
MARON MARVEL BRADLEY ANDERSON & TARDY LLC
1020 Highland Colony Parkway
Suite 400
Ridgeland, MS 39157
Telephone: (601) 812-6630
Facsimile: (601) 206-0119
E-mail: cmcleod@maronmarvel.com
rcrump@maronmarvel.com
cjones@maronmarvel.com
e.service@mtwlegal.com

*Attorneys for Defendants, BP Exploration Inc. & BP America Production Company.*


*/s/ R. Alan York, Esq. (PHV)*
**R. ALAN YORK, ESQ. (PHV)**
Texas Bar No. 22167500
REED SMITH, LLP
1221 McKinney St., Suite 2100
Houston, TX 77010
Telephone: (713) 469-3627
Facsimile: (713) 469-3899
Email: treed@reedsmith.com

*/s/ John Kavanagh, Esq.*
**JOHN P. KAVANAGH, ESQ.**
Mississippi Bar No. 9499
BURR & FORMAN, LLP – Mobile
11 North Water St.
Suite 22200
Mobile, AL 36602
Telephone: (251) 344-5151
Facsimile: (251) 344-9696
E-mail: john.kavanaugh@burr.com

*Attorneys for Defendant, Halliburton Energy Services, Inc.*

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of October 2023, a true and correct copy of the foregoing instrument was filed with the Clerk of Court by using the CM/ECF system. Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the Court's electronic filing system.

*/s/ Alexander J. Blume*
Alexander J. Blume, Esq., (PHV)
